# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## NOTICE OF CASE FILING

Date Case filed:   **October 10, 2025**

Style of Case:   **Dayana Alexander**
   **v.**
   **Innovis Data Solutions, Inc.**

Case number:   **4:25−cv−04853**

District Judge assigned:   **Judge Sim Lake**

Nature of Claim:   **Other NOS 480**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office**
**P.O. Box 61010**
**Houston, TX 77208−1010**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: October 14, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Dayana Alexander | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−04853 |
| | § | |
| Innovis Data Solutions, Inc. | § | |

## NOTICE REGARDING CONSENT
## TO JURISDICTION OF A MAGISTRATE JUDGE

  This Notice is to remind Parties of their right to consent to the jurisdiction of a Magistrate Judge to preside over all proceedings, including trials, and enter a final judgment in the same manner as a District Judge. Consent to the jurisdiction of Magistrate Judges improves the efficiency of the courts. The Judges of this Court encourage parties to consent to the jurisdiction of Magistrate Judges pursuant to 28 U.S.C. § 636(c).

  Upon all parties' consent, the case will be transferred to the Magistrate Judge assigned to this case who will assume all the duties and powers of the District Judge, including the power to preside over jury trials and enter final judgment.

  All parties are free to consent or withhold consent to Magistrate Judge jurisdiction without any adverse consequences.

  Absent the parties' mutual consent to Magistrate Judge jurisdiction, District Judges may still refer any or all pretrial matters to Magistrate Judges pursuant to 28 U.S.C. § 636(b).

  If all parties choose to consent, please execute the attached Consent form, and file it with the Clerk of Court. If all parties do not consent, no further action is necessary.

Date: October 14, 2025

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| _____, | § | |
| Plaintiff(s), | § | |
| v. | § | Civil Action No. _____ |
| _____, | § | |
| Defendant(s). | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge preside over all further proceedings, including the trial and entry of final judgment pursuant to 28 U.S.C. § 636(c).

_____    _____

_____    _____

_____    _____

## ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____       _____
Date                                                    United States District Judge