**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
OCT 27 2025
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| DAYANA ALEXANDER., <br> *Plaintiff,* <br> Vs. <br> INNOVIS DATA SOLUTIONS, INC., <br> *Defendant.* | **Civil Action No.: 4:25-cv-04853** <br><br> **Demand For a Jury Trial** |

**PERMISSION TO USE ELECTRONIC FILING**

TO THE HONORABLE JUDGE:

**COMES NOW**, Plaintiff Dayana Alexander, acting pro se, and respectfully files this Motion for Permission to Use Electronic Filing pursuant to Local Rule 5.1 of the Southern District of Texas and the Court's CM/ECF Administrative Procedures, requesting access to the Court's electronic filing system (CM/ECF) as a pro se litigant. In support of this motion, Plaintiff hereby affirms that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil Cases and the Local Court Rules available on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

    o A Computer with Internet access.

- An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
- A scanner to convert documents that are only in paper format into electronic files.
- A printer or copier to create required paper copies such as chambers copies.
- A word-processing program to create documents; and a PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and issue an order permitting Plaintiff to register for and use the CM/ECF electronic filing system in this case.

**Dated: October 22, 2025**

**Respectfully submitted by,**

/s/ Dayana Alexander
Dayana Alexander
9311 FM 1488 Rd 30-111
Magnolia, TX 77354
contact@agapeconsultations.com

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| DAYANA ALEXANDER., <br> *Plaintiff,* <br> Vs. <br> INNOVIS DATA SOLUTIONS, INC., <br> *Defendant.* | Civil Action No.: 4:25-cv-04853 <br><br> Demand For a Jury Trial |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO USE ELECTRONIC FILING

Upon consideration of Plaintiff Dayana Alexander's Motion for Permission to Use Electronic Filing, the Court finds that the motion should be **GRANTED.**

IT IS THEREFORE ORDERED that Plaintiff Dayana Alexander is granted permission to register for electronic filing in this case through the Court's CM/ECF system.

The Clerk is directed to provide Plaintiff with the necessary registration information.

SIGNED this _____ day of _____, 2025.

_____

**SIM LAKE**

**SENIOR UNITED STATES DISTRICT JUDGE**











