IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dayana Alexander,<br>  Plaintiff,<br>v.<br><br>Innovis Data Solutions, Inc.,<br>  Defendant. | Case No. 4:25-cv-04853 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to FRCP 7.1, Defendant Innovis Data Solutions, Inc ("Innovis") discloses and states that its parent corporation is CBC Companies, Inc.; that CBC Companies, Inc. is privately held; and that there is no publicly traded company owning 10% or more of Defendant Innovis's stock.

/s/ Jason A. Spak
Jason A. Spak
Troutman Pepper Locke, LLP
501 Grant Street, Suite 300
Pittsburgh, PA 15219
T: (412) 412-2000
jason.spak@troutman.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, 2025, I served the foregoing CORPORATE DISCLOSURE STATEMENT upon Plaintiff by email, with Plaintiff's written consent, pursuant to FRCP 5(b)(2)(E).

/s/ Jason A. Spak
Jason A. Spak
*Counsel for Defendant*

321651514v1