United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAYANA ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-4853 |
| | § | |
| INNOVIS DATA SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. **March 20, 2026**   **MOTIONS TO AMEND THE PLEADINGS**

2. **March 20, 2026**   **MOTIONS TO ADD NEW PARTIES**  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____   **MOTION TO CERTIFY CLASS**  The party seeking certification will file a motion and supporting memorandum by this date.

4. **None Requested**   Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. **None Requested**   Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

6. <u>May 1, 2026</u>              <u>COMPLETION OF DISCOVERY</u>  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____          <u>LIMITS ON DISCOVERY</u>
   _____
   _____
   _____.

8.   <u>Required</u>                 <u>MEDIATION</u> or <u>SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE</u>  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.  No dispositive motions will be allowed before an impasse is declared.

9. <u>See paragraph 8.</u>          <u>DISPOSITIVE MOTIONS</u>

10. <u>June 5, 2026</u>             <u>ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE</u>

11. <u>July 2, 2026</u>             <u>JOINT PRETRIAL ORDER</u>  Plaintiff is responsible for timely filing the <u>complete joint</u> pretrial order.  The court will not accept separate versions of the pretrial order.

12. <u>July 10, 2026</u>            <u>DOCKET CALL</u>  No instrument filed within
    2:30 P.M.                      three days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.


<u>December 5, 2025</u>                    _____
DATE                                     SIM LAKE
                                         SENIOR UNITED STATES DISTRICT JUDGE

-2-