IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAYANA ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-4853 |
| | § | |
| INNOVIS DATA SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

This case is **REFERRED** to United States Magistrate Judge Yvonne Y. Ho for a settlement conference.

**SIGNED** at Houston, Texas, on this 5th day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE